# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

25-1103

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Magistrate Case No. 09961152 (Class A) |
| **JOSHUA D. HABING-MARTINEZ** | **C O M P L A I N T**<br>Offense on a Federal Reservation |

BEFORE the **Honorable Andrea Dechenne Bergman,** a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Anthony S. FrancoKopec,** Special Assistant U.S. Attorney for the District of New Jersey, who, under oath charges that:

On or about the **2nd day of April 2025**, at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**JOSHUA D. HABING-MARTINEZ** did commit:

Shoplifting in violation of 18 U.S.C. 641.

The name of the Complainant is **Anthony S. FrancoKopec.**

_____
**ANTHONY S. FRANCOKOPEC, DAF, Civ**
**Special Assistant United States Attorney**

SWORN TO BEFORE ME, AND SUBSCRIBED IN MY PRESENCE, JOINT BASE MCGUIRE-DIX-LAKEHURST, NEW JERSEY, ON THIS 5TH DAY OF JUNE 2025.

_____
**HONORABLE ANDREA DECHENNE BERGMAN**
**United States Magistrate Judge**

6/5/25 NK  8/13/25 NK  11/13/25

## STATEMENT OF PROBABLE CAUSE
(For Issuance of an arrest warrant or summons)

I state that on **23 April**, 20**25** while exercising my duties as a law enforcement officer in the **Federal** District of **New Jersey**

On 02 April 2025 @ 1433 hours Joshua Habina Martinez did knowingly steal a pair of Merril Agility Peak 5 sneakers, that was for sale at the JBMDL Base Exchange without rendering payment. This was observed by video evidence and the item was on Habina Martinez possession on 23 April 2025 and recovered. See case # 05Apr25-Fg0857.00031.USAF

The foregoing statement is based upon:

☐ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **04/23/2025**
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident;  **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license;   **CMV** = Commercial vehicle involved in incident

CVB SCAN 05/12/2025 15:19